**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| STEVE BAGLEY, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:12CV00321-JJV |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, Social Security | * |
| Administration, | * |
| | * |
| Defendant. | |

## ORDER AND JUDGMENT

Pursuant to Plaintiff's voluntary Motion to Dismiss (Doc. No. 11) filed on April 23, 2013, this case is DISMISSED without prejudice.

SO ORDERED this 25th day of April, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE